■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP CLEOPHAT, Appellant. [598 NYS2d 987] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered October 25, 1990, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree (two counts), criminal possession of a controlled substance in the fourth degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find that the defendant's contentions with regard to the prosecutor's summation are either unpreserved for appellate review *(see,* CPL 470.05 [2]), without merit *(see, People v Galloway,* 54 NY2d 396; *People v Marks,* 6 NY2d 67, 77, *cert denied* 362 US 912), or were harmless error in light of the overwhelming evidence of the defendant's guilt *(see, People v Crimmins,* 36 NY2d 230; *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837). Bracken, J. P., Rosenblatt, Miller and Pizzuto, JJ., concur.